## PARKHILL *vs.* LOCKE ET AL.

### APPEAL FROM THE COMMERCIAL COURT OF NEW-ORLEANS.

Appeal for delay, and judgment affirmed, with the maximum of damages.

This is an action against the endorsers of a note. The defendants pleaded general denial. There was judgment against them, and they appealed.

No serious defence was offered in the court below, and none made in this court.

*Peyton*, for the plaintiff, prayed for the affirmance of the judgment, with damages as for a frivolous appeal.

*Durell*, contra.

EASTERN DIST.
May, 1840.

NELSON
vs.
CLAYTON.

*Morphy, J.*, delivered the opinion of the court.

The defendants have appealed from a decree ˌrendered against them as endorsers of a promissory note held by plaintiff. They have made no serious defence below, and have not attempted to show in what respect the judgment they complain of is erroneous.

It is, therefore, ordered, that the judgment of the Commercial Court be affirmed, with costs, and ten per cent. ˟ damages.